# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10           UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED
JAMES J. VILT, JR. - CLERK
NOV 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Cindy Mitchell

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 5:22-CV-153-BJB
(To be supplied by the clerk)

Paducah city Police Dept.
Chelsea Breakthrough
Public Advocates

(✓) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Cindy M. Mitchell
Place of Confinement: McCracken Co. Jail
Address: 400 Clarence Gaines St.
Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____
Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Chelsea Breakthrough** is employed as **Police** at **Paducah City Police dept.**

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant **Paducah City Police** is employed as **Police** at **Paducah City Police dept.**

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(3) Defendant **Public Advocates** is employed as **Public defenders** at **400 Park Avenue Suite B**

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 6/14/2018 when I was stopped by Paducah city Police I was charged with a class D felony posession of meth when I didnot have a quantity of meth on my person I had a meth pipe which is a class a misdemeanor. On Sunday July 1st 2018 when Paducah city Police officer Chelsea Breakthrough came to my motel room at Hickory house Motel She came on a hearsay phone call from Laura Hayden. Hearsay is not permitted in courts ever She illegally searched my room she did not have a search warrant And she

4

### III. STATEMENT OF CLAIM(S) continued

did not find anything on my person she found a meth pipe in the restroom allegedly. I was charged with a class D felony possesion of Meth when it should've only been a class A misdemeanor drug paraphenila. I was falsely convicted to a 3 year sentence. Because ineffective Counsel made me feel that I had to take a plea deal to get out of Jail. I sat in the McCracken County Jail 154 days before the honorable Judge Tony Kitchen probated me for 5 years. I'm asking 1,700.00 per day for 154 days from the state of KY. This conviction was false because of officer Chelsea Breakthrough/Paducah City Police Dept. I'm asking for 280,000 or 5,800.00 per week for the next 8 years.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ __280,000__

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ __1700 per day for 154 days__

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.
This __4th__ day of __October__, 20__22__

__Cindy Mitchell__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

__Cindy Mitchell__
(Signature)

6



Envelope:
Cindy Mitchell
McCracken Co. Jail
400 Clarence Gaines
Paducah, KY. 42003

Federal Courthouse
501 Broadway
Suite 127
Paducah, KY. 42003

FILED
JAMES J. VILT, JR. - CLERK
NOV 07 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNCENSORED JAIL MAIL
McCracken County
REGIONAL JAIL